

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00459-CR

## IN RE HUBERT WARREN

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied.


                                                    REX D. DAVIS
                                                    Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Denied
Opinion delivered and filed January 12, 2011
Do not publish
[OT06]